MILLER, Respondent, v. NEW YORK CITY R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Agnes Miller, as administratrix, against the New York City Railroad Company. B. H. Ames, for appellant. J. M. Ward, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $2,685.24, in which event judgment as so modified and order affirmed, without costs.

MILLET, Appellant, v. NEWBURGER, Respondent. (Supreme Court. Appellate Division, Third Department. May 23, 1905.) Action by Alice M. Millet against Moses Newburger. No opinion. Judgment and order unanimously affirmed, with costs.

MINALDI, Respondent, v. THURSTON, Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Joseph T. Minaldi against Alfred H. Thurston. From a judgment for plaintiff, defendant appeals. Reversed. McCurdy & Yard (Delos McCurdy, of counsel), for appellant. Charles Howard Williams (Howard H. Williams, of counsel), for respondent.

PER CURIAM. We are of the opinion that the respondent was right when he stated that it was ridiculous to ask him how many times he had shaved the appellant in four years. It is evident that the plaintiff did not know what services he had rendered the defendant in four years, and that the reason he did not know was because such services as were rendered by him to the defendant were not rendered under any express agreement or promise of payment. From the circumstances shown by the evidence the law will not imply a promise by the defendant to pay for such services. But whether there was or was not a promise to pay for the services rendered, or whether the law would or would not infer such a promise, the extent of the services is not shown by clear and definite evidence. The judgment is reversed, and a new trial ordered, with costs to the appellant to abide the event.

MOLWITZ, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Ernest Molwitz against the Manhattan Railway Company and others. T. L. Waugh, for appellants. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

MOORE, Appellant, v. SANFORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Joseph Moore against William S. Sanford.

PER CURIAM. Judgment of County Court reversed, with costs, and judgment of the jus-

tice court affirmed, with costs. Held, that upon the facts of this case the declarations of the vendor were properly excluded by the justice.

In re MORRIS. (Supreme Court, Appellate Division, First Department. June 16, 1905.) In the matter of Henry J. Morris. No opinion. Reference ordered.

MORRISON et al., Respondents, v. YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Solomon Morrison and another against Daniel York. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

MOSES, Appellant, v. THOMAS, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Raphael J. Moses against William M. Thomas. H. M. Wood, for appellant. M. Kellogg, for respondent. No opinion. Reargument ordered.

MOSKOWITZ v. BROOKLYN HEIGHTS R. CO. (Supreme Court. Appellate Division, First Department. June 23, 1905.) Action by Celia Moskowitz against Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.

MUELLER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Charles Mueller against the International Railway Company. Judgment for defendant, and plaintiff appeals. Affirmed.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J. (dissenting). The plaintiff, a conductor in the employ of the defendant, was hit by a post and injured while riding on the running board of an open car of the defendant, which was one of extra length. This post was on a curve in the road, and the plaintiff had passed it only four times while acting as conductor on an open car. By reason of the curve there was little danger that he would be hit by the post while on the running board, unless he was near the center of the car. I think the case is distinguishable from Drake v. Auburn City Railway Co., 173 N. Y. 466, 66 N. E. 121. In that case the gist of the opinion is that the plaintiff's intestate had passed the tree which struck him, as conductor or motorman, over 200 times, and the court assumes that he had knowledge of the proximity of this leaning tree. We cannot indulge that assumption in this case. The plaintiff testified that he did not know of this post. Texas Railway Company v. Swearingen, 196 U. S. 51, 25 Sup. Ct. 164, 49 L. Ed. 382, is a recent and pertinent decision.

HISCOCK, J., concurs.

MULLER, Appellant, v. MULLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Ac-

tion by Frank W. Muller against George J. Muller and others. L. Leo, for appellant. L. Jersawitz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re MULLER'S ESTATE. (Supreme Court, Appellate Division, First Department. June 16, 1905.) In the matter of Gustav A. Muller, deceased.

PER CURIAM. Order affirmed, with costs.

HATCH, J., dissents.

MUNGER VEHICLE TIRE CO. v. RUBBER GOODS MFG. CO. (Supreme Court, Appellate Division. First Department. June 16, 1905.). Action by the Munger Vehicle Tire Company against the Rubber Goods Manufacturing Company. No opinion. Motion denied, with $10 costs.

MURPHY, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Lizzie Murphy against the John Hancock Mutual Life Insurance Company.

·PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

NAUSCH, Respondent, v. CENTRAL VERMONT RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Herman Nausch against the Central Vermont Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

NEWMAN, Respondent, v. BURNS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Annie Newman against Kathryn L. Burns and others.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellants pay to the respondent $10 costs and serve the appeal papers within 10 days. On compliance with these conditions, motion denied, without costs.

NEW YORK BRICK & PAVING CO., Appellant, v. BRONX BOROUGH BANK OF NEW YORK. Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by the New York Brick & Paving Company against the Bronx Borough Bank of New York.

PER CURIAM. Judgment affirmed, with costs, on opinion of Mr. Justice Rogers, delivered at Trial Term. 85 N. Y. Supp. 557.

HISCOCK, J., not voting.

In re NEW YORK CITY INTERBOROUGH RY. CO. (Supreme Court, Appellate Division, First Department. June 16, 1905.)

In the matter of the New York City Interborough Railway Company. No opinion. Motion granted.

NEW YORK FIRE PROOF TENEMENT ASS'N v. STANLEY et al. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by the New York Fireproof Tenement Association against Arthur F. Stanley and another. No opinion. Motion denied, with $10 costs.

NEW YORK TIMES CO., Respondent, v. NEW YORK EVENING JOURNAL PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by the New York Times Company against the New York Evening Journal Publishing Company and others. C. J. Shearn, for appellants. A. A. Cook, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

NEW YORK TIMES CO., Respondent, v. STAR CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by the New York Times Company against the Star Company and others. C. J. Shearn, for appellants. A. A. Cook, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

NEW YORK, L. & W. RY. CO., Respondent, v. PEOPLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by the New York, Lackawanna & Western Railway Company against the people of the state of New York and the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

NICOLINO, Respondent, v. FORTY–SECOND ST., M. & ST. N. AVE. RY. CO., Appellant. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from City Court of New York, Trial Term. Action by Francesco Nicolino against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. From an order setting aside a verdict for defendant, it appeals. Reversed. Bayard H. Ames, and F. Angelo Gaynor, for appellant. Palmieri & Wechsler, for respondent.

PER CURIAM. There was evidence, which the jury had a right to credit, that the plaintiff had been discharged cured from the hospital in nine days. There was also evidence that on December 29th there was no synovitis, as all evidence of a fractured rib had been struck out. We believe that the verdict should not have been considered inadequate. The order will therefore be reversed, with $10 costs and disbursements, the verdict restored, and judgment entered accordingly.